**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Joseph DaSilva,                                  :
                                                 :
                        Plaintiff,               :     Civil Action No.: 3:13-cv-01109 (RNC)
                                                 :
        v.                                       :
                                                 :
Howard Lee Schiff; and                           :
DOES 1-10, inclusive,                            :
                                                 :
                        Defendants.              :
                                                 :

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in

the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent

person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action

is hereby dismissed without prejudice and without costs to any party.

Joseph DaSilva                                   LAW OFFICES
                                                 Howard Lee Schiff, P.C.


_/s/ Sergei Lemberg_____



Sergei Lemberg, Esq.                             Jeanine M. Dumont, Esq.
LEMBERG & ASSOCIATES                             Law Offices Of Howard Lee Schiff
1100 Summer Street, 3rd Floor                    510 Tolland St., PO Box 280245
Stamford, CT 06905                               East Hartford, CT 06128
(203) 653-2250                                   860-528-9991
Attorney for Plaintiff                           Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Jeanine M. Dumont, Esq.
Law Offices Of Howard Lee Schiff
510 Tolland St., PO Box 280245
East Hartford, CT 06128
860-528-9991
Attorney for Defendant

By /s/ Sergei Lemberg
Sergei Lemberg